# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Amy C. Nerenberg
Acting Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 15, 2016

Eric Baum
Simon Eisenberg & Baum, LLP
24 UNION SQ E FL 4
NEW YORK, NY 10003

Lisa Leonardo Daniels
Daniels Law Group
2000 GLADES RD STE 312
BOCA RATON, FL 33431

Paul Kyu Kim
Shapiro & Kim LLP
3113 STIRLING RD STE 201
FORT LAUDERDALE, FL 33312

Andrew Carter Miller
Simon Eisenberg & Baum, LLP
24 UNION SQ E FL 4
NEW YORK, NY 10003

Andrew Rozynski
Eisenberg & Baum, Llp
24 UNION SQ E FL 4
NEW YORK, NY 10003

Sagar Shah
Simon Eisenberg & Baum, LLP
24 UNION SQ E FL 4
NEW YORK, NY 10003

Appeal Number: 16-11122-E
Case Style: Louis Schwarz, et al v. The Villages Charter School, I, et al
District Court Docket No: 5:12-cv-00177-MMH-PRL

**This Court requires all counsel to file documents electronically using the Electronic Case**

**Files ("ECF") system, unless exempted for good cause.**

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries.

Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir. R. 46-1. In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days. Application for Admission to the Bar and Appearance of Counsel Form are available on the Internet at www.ca11.uscourts.gov. The clerk may not process filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-6.

11th Cir. R. 33-1(a) requires appellant to file a Civil Appeal Statement in most civil appeals. You must file a completed Civil Appeal Statement, with service on all other parties, within 14 days from the date of this letter. Civil Appeal Statement forms are available on the Internet at www.ca11.uscourts.gov, and as provided by 11th Cir. R. 33-1(a).

FRAP 26.1 and the accompanying circuit rules provide that the Certificate of Interested Persons and Corporate Disclosure Statement (CIP) must be filed with the court by every appellant, appellee, intervenor and amicus curiae, including governmental parties. Appellants (and cross-appellants) must file their CIP within 14 days of the date this appeal has been docketed, or along with the filing in this court of any motion, petition, or pleading, whichever occurs first. The time for filing the opposing party's CIP or notice is set by 11th Cir. R. 26.1-2(c). In the case of publicly traded corporations, counsel must include the stock ticker symbol after the corporate name. See 11th Cir.R. 26.1-3(c).

On the same day the CIP is served, the party filing it must also complete the court's web-based certificate at the Web-Based CIP link of the court's website. Pro se parties are **not required or authorized** to complete the web-based certificate.

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of (14) days from this date, this appeal will be dismissed by the clerk without further notice unless the default(s) noted below have been corrected:

File a Transcript Information Form, as required by Fed.R.App.P. 10(b)(1); a Transcript Information Form is available from the district court clerk. Appellant is required to file and serve copies of the form in accordance with the instructions included on the form. UNLESS A TRANSCRIPT IS ORDERED, APPELLANT'S BRIEF MUST BE SERVED AND FILED WITHIN 40 DAYS FROM MARCH 14, 2016. See 11th Cir. R. 12-1 and 31-1.


Sincerely,

AMY C. NERENBERG, Acting Clerk of Court

Reply to: Gloria M. Powell, E
Phone #: (404) 335-6184

DKT-2 Appeal WITH Deficiency