<u>COMPLETE STYLE OF CASE</u>

LOUIS SCHWARZ, DORIS SCHWARZ, JANICE
HICKEY, THOMAS HICKEY, BERNIE BROWN,
ELIZABETH HOLST, STEPHEN HOLST,
FRANCIS LANGLAIS, ROBERT SMART,
RICHARD MCELWAIN, BYRON ZIMMERMAN,
SHIRLEY ZIMMERMAN, JOHN WILSON,
CHARLES MARTIN, RANDALL WALKER,
EVELYN WALKER, MAUREEN OSGOOD,
MARY KAY PICKERING, ANDREW ST. JOHN,
KAREN RUSSELL, CLARENCE RUSSELL,
RICHARD WOODS, LINDA WOODS,
ROBERT MCDEVITT, LYNN STIRLING,
KATHERINE MCELWAIN, HERBERT PICKERING,
BARBARA ACHIN, RONALD ACHIN,
DIANE ST. JOHN, KENNY HYNES, MARY WILSON.

        Appellants/Plaintiffs,

 -vs.-

THE VILLAGE CENTER COMMUNITY
DEVELOPMENT DISTRICT, SUMTER LANDING
COMMUNITY DEVELOPMENT DISTRICT.

        Appellees/Defendants.

Attorneys for Appellants/Plaintiffs

Andrew Rozynski
Eisenberg and Baum, LLP
24 Union Square East, 4th Floor
New York, NY 10003
(212) 353-8700 (tel.)
(212) 353-1708 (fax)

Paul Kyu Kim
Shapiro & Kim LLP
3113 Stirling Rd Ste 201
Fort Lauderdale, FL 33312
(954) 961-7000

Attorney for Appellees/Defendant The Village Center Community Development District and Sumter Landing Community Development District

Michael J. Roper
Michael H. Bowling
Bell & Roper, PA
2707 E Jefferson St
Orlando, FL 32803
(407) 897-5150 (tel.)
(407) 897-6947 (fax)